# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ROBERT WRIGHT,**

*Plaintiff,*

v.                                                              **Case No.: 4:26cv270-MW/MJF**

**JOSEPH BROUGHTON, et al.,**

*Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** to Plaintiff initiating a new case accompanied by payment of the $405.00 fee in its entirety." The Clerk shall close the file.

**SO ORDERED on July 13, 2026.**

s/Mark E. Walker_____
**United States District Judge**